NUMBER 13-00-725-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________________ 

JESSE JAMES SEPULVEDA , Appellant, 

v.

 THE STATE OF TEXAS, Appellee. 

__________________________________________________________________________ 


On appeal from the 347th District Court 

of Nueces County, Texas.

___________________________________________________________________________ 


O P I N I O N

 Before Chief Justice Seerden and Justices Dorsey and Rodriguez

 Opinion Per Curiam

 
 Appellant, JESSE JAMES SEPULVEDA , perfected an appeal from a judgment entered by the 347th District Court of
Nueces County, Texas, in cause number 96-CR-0966-H . On November, 30, 2000, the trial court filed findings and
recommendations on the status of this appeal. The trial court found that the appellant does not wish to prosecute his
appeal. 

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 7th day of December, 2000 .